PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4860
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RONALD CODY SARGENT,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 1:21-cv-00523-SKO<br><br>STIPULATION AND PROPOSED ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 14) |

    The parties stipulate, subject to the approval of the Court, that this action shall be remanded to the Commissioner of Social Security pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. Upon remand, the Appeals Council will remand the

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

case to an administrative law judge for a new hearing and a new decision.  The parties further stipulate that the clerk shall enter judgment in favor of Plaintiff and against Defendant.

|  |  |
|---|---|
| DATE: January 18, 2022 | Respectfully submitted,<br><br>*s/ Melissa Newel*<br>MELISSA NEWEL<br>Attorney for Plaintiff<br>(authorized via email) |
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATE: January 18, 2022 | By   *s/ Daniel P. Talbert*<br>DANIEL P. TALBERT<br>Special Assistant United States Attorney<br><br>Attorneys for Defendant |

ORDER

Based upon the parties' foregoing Stipulation and Order to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 14), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Ronald Cody Sargent and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **January 19, 2022**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE