1  Melissa Newel (#148563)
   NEWEL LAW
2  2625 Alcatraz Ave., Suite 132
3  Berkeley, CA  94705
   (510) 316-3827
4  mnewel@newellawfirm.com
   Attorney for Plaintiff
5  RONALD CODY SARGENT

6
   PHILLIP A. TALBERT
7  United States Attorney
   PETE THOMPSON
8  Acting Regional Chief Counsel, Region IX
   DANIEL TALBERT
9  Social Security Administration
   Assistant United States Attorney
10 160 Spear Street, Suite 800
   San Francisco, CA  94105
11 (510) 970-4860
12 daniel.talbert@ssa.gov
   Attorneys for Defendant
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17    RONALD CODY SARGENT,                    No.  1:21-CV-00523-SKO

18              Plaintiff,

19         v.                                 **STIPULATION AND ORDER FOR
                                              AWARD AND PAYMENT OF
20    KILOLO KIJAKAZI,                        ATTORNEYS FEES PURSUANT TO THE
      ACTING COMMISSIONER OF                  EQUAL ACCESS TO JUSTICE ACT (28
21    SOCIAL SECURITY,                        U.S.C. §2412(d))**

22              Defendant.                    **(Doc. 17)**

23

24

25

26

27

28

1

2    IT IS HEREBY STIPULATED by and between the parties, through their undersigned

3  attorneys, subject to the approval of the Court, that Ronald Cody Sargent ("Plaintiff") be awarded

4  attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the

5  amount of five thousand five hundred and sixty-nine dollars and two cents ($5,569.02). This

6  represents compensation for legal services rendered on behalf of Plaintiff by counsel in

7  connection with this civil action, in accordance with 28 U.S.C. §2412 (d).

8    After the Court issues an Order for EAJA fees to Plaintiff, the government will consider

9  the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*

10 *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the

11 attorney fees are subject to any offset allowed under the United States Department of the

12 Treasury's Offset Program. After the Order for EAJA fees is entered, the government will

13 determine whether they are subject to any offset.

14    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

15 that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the

16 payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively

17 "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments

18 made shall be delivered to Plaintiff's counsel.

19    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

20 attorney fees and does not constitute an admission of liability on the part of Defendant under

21 EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any

22 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees

23 and expenses in connection with this action.

24    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

25 Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

26    ///

27    ///

28

1

2  Dated: March 11, 2022

Respectfully submitted,

NEWEL LAW

3

4  By:  *Melissa Newel*

5  Melissa Newel
Attorney for Plaintiff
RONALD CODY SARGENT

6

7  Dated: March 11, 2022

PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

8

9

10

11  By:  Daniel Talbert*
DANIEL TALBERT
(*Authorized by email dated 03/11/2022)
Special Assistant U.S. Attorney
Attorneys for Defendant

12

13

14

15  **ORDER**

16      Based on the parties foregoing "STIPULATION AND ORDER FOR AWARD AND

17  PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE

18  ACT (28 U.S.C. §2412(d))" (the "Stipulation") (Doc. 17),

19      IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C.

20  §2412(d), attorney's fees in the amount of **five thousand five hundred and sixty-nine dollars**

21  **and two cents ($5,569.02)** be awarded subject to the terms of the Stipulation.

22

23

24  IT IS SO ORDERED.

25  Dated:  **March 14, 2022**                          */s/ Sheila K. Oberto*

26  UNITED STATES MAGISTRATE JUDGE

27

28